## Commonwealth *v.* Rosenzweig, Appellant.

Submitted December 11, 1969. *Henry L. Menin,* Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.